**FILED**

DEC  9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., | CASE NO. CV F 10-1202 LJO DLB |
| Plaintiff, | |
| vs. | **ORDER TO RELATE** |
| WILLIAM PARDINI and B.T.B. INC., d.b.a. Data Consultants, | |
| Defendants. | |

| | |
|---|---|
| STATE FARM & CASUALTY COMPANY, | CASE NO. CV F 10-1990 OWW GSA **NEW CASE NO. CV F 10-1990 LJO DLB** |
| Plaintiff, | |
| vs. | |
| B.T.B., INC., doing business as DATA CONSULTANTS, | **ORDER TO RELATE AND REASSIGN** |
| Defendant. | |

Pursuant to the provisions of Local Rule 123(a)(3) and (4) and 83-123(b), it appears that the above-captions cases are related, as they involve similar subject matter, law, and parties. For good cause appearing, this Court DIRECTS the clerk of court to relate these cases.

In addition, this Court DIRECTS the clerk of court to reassign *State Farm Fire & Casualty Company v. B.T.B., Inc.*, Case No. CV F 10-199 from United States District Judge Oliver W. Wanger

1

1  and United States Magistrate Judge Gary S. Austin to United States District Judge Lawrence J. O'Neill
2  and United States Magistrate Judge Dennis L. Beck. All further papers shall bear the new case number
3  **CV-F-10-1990 LJO DLB.**

5  IT IS SO ORDERED BY TRANSFERRING JUDGE
6  Dated: December 9, 2010

UNITED STATED DISTRICT JUDGE

8  IT IS SO ORDERED BY ACCEPTING JUDGE
9  Dated: December 9, 2010

UNITED STATED DISTRICT JUDGE