David A. Makman (SBN 178195)
Law Offices of David A. Makman
90 New Montgomery Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 777-8572
Facsimile:  (415) 777-8638

Randall M. Penner (SBN 101201)
PENNER, BRADLEY & SIMONIAN
1171 West Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-2100
Facsimile: (559) 221-2101

Attorney for Defendants
WILLIAM PARDINI, and
B.T.B. INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PARDINI, an individual; B.T.B. INC., a California Corporation dba DATA CONSULTANTS,<br><br>Defendants. | Case No.: 1:10-CV-01202-LJO-GSA<br><br>**STIPULATION MOVING SETTLEMENT CONFERENCE FROM MAY 3 TO MAY 4**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:    Hon. Lawrence J. O'Neil<br><br>Filed:    July 1, 2010<br>Trial:    T.B.D. |

1  Whereas the parties met on April 19, 2011 and held a settlement conference and it was agreed
2  to continue the settlement discussions over the next few weeks with a hearing on May 3, 2011, it is
3  hereby stipulated that the next settlement conference with the court will take place on May 4, 2011 at
4  9:00 am.

5  DATED: April 21, 2011

7                                               By:    /s/ Kristi Dean
                                                              Kristi Dean
8
                                                      Attorney for Plaintiff
9                                                     CREDIT BUREAU CORPORATION

10 DATED: April 21, 2011

12                                              By:    /s/ David A. Makman
                                                              David A. Makman
13
                                                      Attorney for Defendants
14                                                    WILLIAM PARDINI, and B.T.B. INC.

16 IT IS SO ORDERED.

18   Dated:   **April 22, 2011**                       /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE

-1-