David A. Makman (SBN 178195) dmakman@kirinlaw.com
Law Offices of David A. Makman
90 New Montgomery Street, Suite 1600
San Francisco, California 94105
Telephone:  (415) 707-5000
Facsimile:  (415) 707-5050

Randall M. Penner
PENNER, BRADLEY & SIMONIAN
1171 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-2100
Facsimile:  (559) 221-2101

Attorneys for Defendants
WILLIAM PARDINI, AND B.T.B., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM PARDINI, B.T.B., INC., d.b.a. DATA CONSULTANTS,<br><br>Defendants. | CASE NO. 1:10-CV-01202-LJO-DLB<br><br>*[Complaint filed:  7/1/2010]*<br>*[Assigned for all Purposes to the Honorable Lawrence J. O'Neill, Ctrm. DJ]*<br><br>**STIPULATION AND PROPOSED ORDER MODIFYING SCHEDULING ORDER IN ORDER TO ALLOW CONTINUED SETTLEMENT DISCUSSIONS**<br><br>Settlement Conference: May 4, 2011<br>Time:  9:00 a.m.<br>Dept:  Courtroom 9 |

Pursuant to, and in accordance with, Local Rule 144, Plaintiff Credit Bureau Connection, Inc. ("CBC"), and Defendants William Pardini ("William Pardini") and B.T.B. Inc., d/b/a Data Consultants ("Data Consultants"), by and through their respective counsel, hereby stipulate to modify the schedule in the case as below. The purpose of the modifications are to provide time for the parties to continue their settlement negotiations.

## STIPULATION

1. The last date to amend pleadings or file a motion for leave to do so shall be moved to May 20, 2011.

2. The close of non-expert discovery shall be moved to July 10, 2011.

3. All other dates shall remain in place.

Date: April 26, 2011                Respectfully submitted,

By: ___/s/ David A. Makman_____
    David A. Makman
    Attorney for Defendants
    WILLIAM PARDINI, and B.T.B. INC.

By: ____/s/ Kristi Dean_____
    Kristi Weiler Dean
    Stone | Rosenblatt | Cha
    Attorney for Plaintiff
    CREDIT BUREAU CONNECTION, INC.

IT IS SO ORDERED.

Dated:  **April 26, 2011**                _____/s/ Dennis L. Beck_____
                                          UNITED STATES MAGISTRATE JUDGE