1  David A. Makman (SBN 178195) dmakman@kirinlaw.com
   Law Offices of David A. Makman
2  90 New Montgomery Street, Suite 1600
3  San Francisco, California 94105
   Telephone:  (415) 707-5000
4  Facsimile:  (415) 707-5050

5  Randall M. Penner
6  PENNER, BRADLEY & SIMONIAN
   1171 West Shaw Avenue, Suite 102
7  Fresno, California 93711
   Telephone: (559) 221-2100
8  Facsimile:  (559) 221-2101

9  Attorneys for Defendants
10 WILLIAM PARDINI, AND B.T.B., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., | CASE NO. 1:10-CV-01202-LJO-DLB |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER IN ORDER TO ALLOW CONTINUED SETTLEMENT DISCUSSIONS** |
| v. | |
| WILLIAM PARDINI, B.T.B., INC., d.b.a. DATA CONSULTANTS, | Settlement Conf.: May 18, 2011<br>Time:  10:00 a.m.<br>Dept:  Courtroom 9 |
| Defendants. | |

Pursuant to, and in accordance with, Local Rule 144, Plaintiff Credit Bureau Connection, Inc. ("CBC"), and Defendants William Pardini ("William Pardini") and B.T.B. Inc., d/b/a Data Consultants ("Data Consultants"), by and through their respective counsel, hereby stipulate to modify the schedule in the case as below.  The purpose of the modifications are to provide time for the parties to continue their settlement negotiations.

### STIPULATION

1. The last date to amend pleadings or file a motion for leave to do so shall be moved to June 3, 2011.

2. The close of non-expert discovery shall be moved to July 25, 2011.

3. All other dates shall remain in place.

Date:  May 9, 2011          Respectfully submitted,

By:  ___/s/ David A. Makman_____
    David A. Makman
    Attorney for Defendants
    WILLIAM PARDINI, and B.T.B. INC.

By:  ____/s/ Kristi Dean_____
    Kristi Weiler Dean
    Stone | Rosenblatt | Cha
    Attorney for Plaintiff
    CREDIT BUREAU CONNECTION, INC.

IT IS SO ORDERED.

Dated:  **May 11, 2011**          /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE