KRISTI W. DEAN, ESQ., S.B. #117358
    kdean@srclaw.com
LESLIE A. BLOZAN, ESQ., S.B. #081481
    lblozan@srclaw.com
AMY W. LEWIS, ESQ., S.B. #158999
    alewis@srclaw.com
STONE | ROSENBLATT | CHA
A Professional Law Corporation
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California  91367
Tel:  (818) 999-2232
Fax:  (818) 999-2269

Attorneys for Plaintiff and Cross-Defendant,
CREDIT BUREAU CONNECTION, INC., a California Corporation

DAVID A. MAKMAN, ESQ., S.B. #178195
LAW OFFICES OF DAVID MAKMAN
90 NEW MONTGOMERY STREET, SUITE 600
SAN FRANCISCO, CA 94105
TEL:  (415) 707-5000
FAX:  (415) 707-5050

Attorneys for Defendants and Counter-Claimants,

WILLIAM PARDINI, and B.T.B., Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., a California Corporation<br><br>Plaintiff(s),<br><br>v.<br><br>WILLIAM PARDINI, an individual; B.T.B., INC., a California Corporation dba DATA CONSULTANTS,<br><br>Defendants. | Case No.: CV-F-10-1202 LJO-DLB<br>*[Complaint filed:  7/1/2010]*<br>*[Assigned for all Purposes to the Honorable Lawrence J. O'Neill, Ctrm. DJ]*<br><br>STIPULATION FOR SUBMISSION OF CLOSING DOCUMENTS AND PROPOSED ORDER |

|   |   |
|---|---|
| 1 | B.T.B., INC., a California Corporation, dba DATA CONSULTANTS, |
| 2 |   |
| 3 | Counter-Claimant, |
| 4 | v. |
| 5 | CREDIT BUREAU CONNECTION, INC., a California Corporation, and DARIN LARSEN, an individual. |
| 6 |   |
| 7 | Counter-Defendants. |

The parties respectfully submit this Stipulation and Proposed Order as follows:

The parties to the above captioned lawsuit participated in multiple settlement conferences and settled their dispute on May 18, 2011. On that date, the parties signed a six page Memorandum of Understanding which memorializes the settlement terms. Since then, the parties have diligently exchanged multiple drafts of the closing documents, including a draft Settlement and Mutual Release Agreement, an eCredit Use Agreement, a License and Support Services Agreement, and an Assignment of Copyright Agreement. Due to the complexity of the documents and other commitments, the documents have not yet been finalized.

Counsel will continue to work diligently to complete the closing documents and expect that the documents will be signed on or before August 1, 2011. Counsel will then execute a Stipulation for Dismissal on or before August 4, 2011.

If it appears that the parties cannot agree on any provisions of the final documents, plaintiff's counsel will contact Magistrate Judge Dennis L. Beck for a telephonic conference on or before August 4, 2011.

///
///
///

DATED:  July 11, 2011

        STONE | ROSENBLATT | CHA
**A Professional Law Corporation**

By: _____/s/_____
Kristi W. Dean, Esq.
Leslie A. Blozan, Esq.
Amy W. Lewis, Esq.
Attorneys for Plaintiff/Cross-Defendants,
CREDIT BUREAU CONNECTION, INC., a California Corporation

DATED:  July 11, 2011

Law Offices of David A. Makman

By: _____/s/_____
David A. Makman
Attorneys for Defendants and Cross-claimants, WILLIAM PARDINI and B.T.B. Inc. dba DATA CONSULTANTS

IT IS SO ORDERED.

Dated:  **July 12, 2011**      /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR SUBMISSION OF CLOSING DOCUMENTS AND [PROPOSED] ORDER
10cv1202.o.Stip Closing Doc