IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., | CASE NO. **CV F 10-1202 LJO DLB**<br>**NEW CASE NO. CV F 10-1202 DLB** |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS AND REASSIGN** |
| WILLIAM PARDINI and B.T.B. INC.,<br>d.b.a. Data Consultants, | |
| Defendants. | |

Based on the October 11, 2011 Stipulation Re Voluntary Dismissal Of Entire Action With Prejudice (Doc. 96), this Court ORDERS as follows:

1. The Court is informed that, as a result of mediation before Magistrate Judge Beck, the parties have entered into a settlement agreement memorialized by a Memorandum of Understanding ("MOU") signed on May 18, 2011, and modified by an MOU Addendum with an effective date of September 30, 2011 (collectively, "Settlement Agreements");

2. In light of those agreements, and pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), the entire action, including all asserted claims and counterclaims, is hereby DISMISSED with prejudice;

3. Each party shall bear its own costs and attorneys fees;

1

4. The clerk of court is DIRECTED to close this action;

5. Pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), the Court retains jurisdiction over any dispute between the parties relating to the enforcement or breach of the parties' settlement agreements; and

6. All parties have consented to the conduct before a United States Magistrate Judge of all further proceedings in this action, including disputes that may arise over the Settlement Agreements and MOU, pursuant to 28 U.S.C. §636(c)(1) (Doc. 95).  Accordingly, this Court REASSIGNS this action to United States Magistrate Judge Dennis L. Beck for all further proceedings.  Further papers shall bear the new case number **CV F 10-1202 DLB**.

IT IS SO ORDERED.

**Dated:**   **October 11, 2011**               /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE