IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT BUREAU CONNECTION<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM PARDINI, et al.,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTER-ACTION.<br>_____/ | CASE NO. CV F 10-1202 LJO DLB<br>**New Case No. CV F 10-1202 DLB**<br><br>**ORDER OF REFERENCE TO<br>MAGISTRATE JUDGE** |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Dennis L. Beck for all further proceedings, including entry of judgment, in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All further papers shall bear the new case number **CV F 10-1202 DLB**.

This district judge will take no further action in this case.

IT IS SO ORDERED.

**Dated:   October 12, 2011**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1