**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM PARDINI, an individual; B.T.B., INC., a California Corporation dba DATA CONSULTANTS,<br><br>　　　　　　Defendants.<br>_____<br>AND RELATED CROSS ACTIONS | Case No.:  CV-F-10-1202 DLB<br>*[Complaint filed:  July 1, 2010]*<br>*[Assigned for all Purposes to the Honorable Magistrate Judge Dennis L. Beck, Dept. DLB]*<br><br>**ORDER ON REQUEST FOR REFUND** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

　　The Court having considered Plaintiff, CREDIT BUREAU CONNECTION, INC., Request for Refund, and good cause appearing therefore, orders as follows:

　　IT IS HEREBY ORDERED that:

　　1.　　The bond be released and a refund in the amount of $10,000.00

/ / /

/ / /

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

be made payable to Plaintiff, CREDIT BUREAU CONNECTION, INC.

IT IS SO ORDERED.

Dated: __**October 20, 2011**__          _____/s/ *Dennis L. Beck*_____
                                                      UNITED STATES MAGISTRATE JUDGE