STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM PARDINI, an individual; B.T.B., INC., a California Corporation dba DATA CONSULTANTS,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No.: CV-F-10-1202 DLB<br>*[Complaint filed: July 1, 2010]*<br>*[Assigned for all Purposes to the Honorable Magistrate Judge Dennis L. Beck, Dept. DLB]*<br><br>**ORDER ON REQUEST FOR REFUND** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The Court having considered Plaintiff, CREDIT BUREAU CONNECTION, INC., Request for Refund, and good cause appearing therefore, orders as follows:

IT IS HEREBY ORDERED that:

1. The bond be released and a refund in the amount of $10,000.00

/ / /

/ / /

be made payable to Plaintiff, CREDIT BUREAU CONNECTION, INC.

IT IS SO ORDERED.

Dated: **October 20, 2011**

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367