UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., a California Corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>WILLIAM PARDINI, an individual, B.T.B. INC., a California Corporation dba DATA CONSULTANTS,<br><br>           Defendants. | Case No.: F-10-1202 DLB<br><br>**ORDER PERMITTING FILING UNDER SEAL** |

IT IS HEREBY ORDERED that the following documents be filed under seal in this action:

A. Addendum to Memorandum of Understanding, signed on or around October 4, 2011

B. Exhibit A to Addendum, Interim Agreement

C. Exhibit B to Addendum, Memorandum of Understanding

D. Exhibit C to Addendum, Identification of eF&I Source Code

E. Exhibit D to Addendum, Identification of eCredit Source Code

F. Exhibit E to Addendum, Price List

G. Exhibit F to Addendum, DC Customer List

H. Exhibit G to Addendum, Overlap List Customer List

1     I.    Exhibit H to Addendum, Reduced AMPS Customer List[1]

3 IT IS SO ORDERED.

4     Dated:   **December 19, 2011**          /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Exhibit I to the Addendum is the form of the Consent to Magistrate. Since consents have already been filed, there is no need to put Exhibit I under seal or to submit it to the Court.

-2-