UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM PARDINI, an individual, B.T.B. INC., a California Corporation dba DATA CONSULTANTS,<br><br>    Defendants. | Case No.: F-10-1202 DLB<br><br>**STIPULATION AND JUDGMENT** |

The Parties to these proceedings, through their attorneys of record, stipulate to entry of Judgment as follows:

By the Court:

The Parties to this action(s) have executed a confidential Memorandum of Understanding, dated May 18, 2011; amended such Memorandum of Understanding by an Addendum dated October 3, 2011 (collectively "Settlement Documents"); and as a consequence and to the satisfaction of the Court, have resolved all claims and causes of action inter se and contained in the Complaint and Counterclaim on file in Case No. 1:10-CV-01202-LJO-GSA.

STIPULATED JUDGMENT
Case No.: F-10-1202 DLB

Accordingly, IT IS HEREBY ORDERED that:

1. The terms and conditions contained in the Settlement Documents are incorporated by this reference into this Judgment and the Settlement Documents shall be filed under seal with the Court Clerk, only to be reviewed by third parties upon a showing of good cause, after Motion and Notice to the Parties herein.

2. The Court finds and FURTHER ORDERS, pursuant to the Settlement Documents, that Data Consultants is the author and sole owner of the copyright to the eF&I portion of the software subject the Complaint and Counterclaim on file herein.

3., The Court finds and FURTHER ORDERS, pursuant to the Settlement Documents, that the Parties shall not commence any action or proceeding against the other regarding ownership of the eCredit portion of the software developed after July 2010.

DATED:   November 2, 2011         By:   /s/ David A. Makman
                                        David A. Makman

                                        Attorney for Defendants and Cross-
                                        complainants
                                        WILLIAM PARDINI, and B.T.B. INC.

DATED:   November 2, 2011         By:   /s/ Kristi Dean
                                        Kristi Dean

                                        Attorney for Plaintiff Credit Bureau
                                        Connection, Inc, and Counterclaim
                                        Defendant Darin Larsen.

IT IS SO ORDERED.

Dated:   **January 23, 2012**            /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

-2-

STIPULATED JUDGMENT
Case No.: F-10-1202 DLB