1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                           FRESNO DIVISION

11   CREDIT BUREAU CONNECTION,                Case No.: F-10-1202 DLB
     INC., a California Corporation,
12                                            **STIPULATION AND JUDGMENT**
                        Plaintiff,
13
            vs.
14
     WILLIAM PARDINI, an individual,
15   B.T.B. INC., a California Corporation
     dba DATA CONSULTANTS,
16
                        Defendants.
17

18

19          The Parties to these proceedings, through their attorneys of record, stipulate to entry of

20   Judgment as follows:

21

22          By the Court:

23          The Parties to this action(s) have executed a confidential Memorandum of Understanding,

24   dated May 18, 2011; amended such Memorandum of Understanding by an Addendum dated  October

25   3, 2011 (collectively "Settlement Documents"); and as a consequence and to the satisfaction of the

26   Court, have resolved all claims and causes of action inter se and contained in the Complaint and

27   Counterclaim on file in Case No. 1:10-CV-01202-LJO-GSA.

28

1    Accordingly, IT IS HEREBY ORDERED that:

2       1.      The terms and conditions contained in the Settlement Documents are incorporated by

3  this reference into this Judgment and the Settlement Documents shall be filed under seal with the Court

4  Clerk, only to be reviewed by third parties upon a showing of good cause, after Motion and Notice to

5  the Parties herein.

6       2.      The Court finds and FURTHER ORDERS, pursuant to the Settlement Documents, that

7  Data Consultants is the author and sole owner of the copyright to the eF&I portion of the software

8  subject the Complaint and Counterclaim on file herein.

9       3.,     The Court finds and FURTHER ORDERS, pursuant to the Settlement Documents, that

10  the Parties shall not commence any action or proceeding against the other regarding ownership of the

11  eCredit portion of the software developed after July 2010.

12

13

14  DATED:      November 2, 2011        By:      _____/s/ David A. Makman_____
                                                      David A. Makman

15                                        Attorney for Defendants and Cross-
16                                        complainants
                                          WILLIAM PARDINI, and B.T.B. INC.

17

18  DATED:      November 2, 2011        By:      _____/s/ Kristi Dean_____
19                                                   Kristi Dean

20                                        Attorney for Plaintiff Credit Bureau
                                          Connection, Inc, and Counterclaim
21                                        Defendant Darin Larsen.

22  IT IS SO ORDERED.

23    Dated:  __**January 23, 2012**__      _____/s/ *Dennis L. Beck*_____
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28
                                           -2-

STIPULATED JUDGMENT
Case No.: F-10-1202 DLB