# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., a California Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>WILLIAM PARDINI, an individual; B.T.B., INC., a California Corporation dba DATA CONSULTANTS,<br><br>   Defendants.<br>_____<br>AND RELATED CROSS ACTIONS<br>_____ | Case No.: CV-F-10-1202 LJO-DLB<br>*[Complaint filed: July 1, 2010]*<br>*[Assigned for all Purposes to the Honorable Magistrate Judge Dennis L. Beck, Dept. DLB]*<br><br>**ORDER EXTENDING TIME FOR CBC TO SUBMIT ITS RESPONSIVE PLEADINGS IN OPPOSITION TO DEFENDANTS' MOTION TO ENFORCE SETTLEMENT et. al.**<br><br>Hearing Date: Sept. 7, 2012<br>Time: 9:00 a.m.<br>Judge: Magistrate Judge Dennis L. Beck<br>Place: Courtroom Nine, Sixth Floor |

*/ / /*

*/ / /*

*/ / /*

Based on the Stipulation between the parties to extend the time for Plaintiff Credit Bureau Connection, Inc. ("CBC") to file its responsive pleadings in opposition to the Defendants' William Pardini and B.T.B., Inc. dba Data Consultants ("Defendants'"), Motion to Enforce Settlement Agreements and Judgement ("Motion"),

IT IS HEREBY ORDERED THAT the date of August 1, 2012, for CBC to submit its responsive pleadings in opposition to the Motion, is continued to August 6, 2012.

Defendants' reply, if any, will still be due on or before August 22, 2012.

IT IS SO ORDERED.

**Dated:  July 30, 2012**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE