# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDIT BUREAU CONNECTION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM PARDINI, et al., <br><br> Defendants | Case No.: 10cv1202 DLB <br><br> ORDER GRANTING DEFENDANTS' REQUEST FOR PERMISSION TO USE THE COURT'S DOCUMENT CAMERA AND POWERPOINT PROJECTOR <br> (Doc. 139) |

  On August 28, 2012, Defendants William Pardini and B.T.B., Inc. dba Data Consultants ("Defendants") filed a request for permission to use the Court's (1) ELMO Document Camera and (2) PowerPoint projector during the hearing on Defendants' motion to enforce the parties' settlement agreement, which is scheduled for September 6, 2012, at 9:00 a.m. before the undersigned.  Defendants explain that they would like to project images of certain documents and excerpts of documents, along with slides containing explanations and summaries of the arguments and evidence.

  Upon consideration of the request, the Court finds that allowing Defendants to use the Court's electronic equipment at the September 6, 2012 hearing will promote economy of time for

1 | the Court and the parties.  Defendants' request is HEREBY GRANTED.

IT IS SO ORDERED.

   Dated: __**September 4, 2012**__                /s/ *Dennis L. Beck*
                                                                         UNITED STATES MAGISTRATE JUDGE